IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:25-cv-655

| | |
|---|---|
| DUALBOOT PARTNERS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **COMPLAINT** |
| COLONY COOKS MANAGEMENT, LLC, | ) ) ) |
| Defendant. | ) ) |

NOW COMES Plaintiff Dualboot Partners, LLC, by and through undersigned counsel, complaining against Defendant Colony Cooks Management, LLC, alleging as follows:

## VENUE AND JURISDICTION

1. Plaintiff Dualboot Partners (**"Dualboot"** or **"Plaintiff"**) is a limited liability company organized under the laws of North Carolina, with a principal place of business in Mecklenburg County, North Carolina.

2. Defendant Colony Cooks Management, LLC (**"Colony"** or **"Defendant"**) is a corporation organized under the laws of Delaware, with a principal place of business in California. Colony can be served through its registered agent: CT Corporation System, 330 N. Brand Blvd., Suite 700, Glendale, CA 91203.

3. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) in that the parties to this action are citizens of different states, and the amount in controversy, exclusive of interests and costs, exceeds the sum of $75,000.

4. This Court has personal jurisdiction over Colony, including but not limited to by consent of Colony through the Agreement (as herein defined) and because this cause of action

arises out of a promise by Defendant to pay for services performed by Dualboot in this State and District.

## CAUSE OF ACTION: BREACH OF CONTRACT

5. On around March 30, 2023, Dualboot and Colony entered into a written "Master Services Agreement" (**"MSA"**) and a related "Statement of Work" (**"SOW"**) (collectively, the **"Service Agreement"**).

6. Dualboot performed software development services to Colony pursuant to the Service Agreement, including as related to the development of a Colony Catering digital application (**"Colony Catering"**).

7. As of November 30, 2024, the total outstanding and unpaid invoices excluding accrued interest owed by Colony to Dualboot was $399,581.25 (the **"Outstanding Balance"**).

8. Effective November 30, 2024, Dualboot and Colony entered into a "Settlement Agreement & Release" (the **"Agreement"**), a true and correct copy of which is attached as **Exhibit 1**.

9. The Agreement is a binding and enforceable contract between Dualboot and Colony.

10. Pursuant to the Agreement,

    i. Colony acknowledged, affirmed, and agreed the total Outstanding Balance, together with interest due and owing under the Service Agreement, equaled $489,227.32.

    ii. Colony promised to make an Initial Payment of $34,167 to Dualboot within five (5) days of the Agreement.

iii. Colony promised to make 16 monthly payments in the amount of $11,389 (16 payments totaling $182,224), starting March 1, 2025 and ending June 1, 2026 (the **"Monthly Payments"**).

iv. For the period beginning on April 15, 2025 and ending on July 15, 2026, Colony promised to remit to Dualboot an amount equal to fifty percent (50%) of the prior month's commission attributable to Colony Catering, said commissions calculated to equal fifteen percent (15%) of all deposits received by Colony for transactions completed by Colony Catering (the **"Revenue Share Payments"**).

v. Further, Colony promised to produce to Dualboot monthly bank statements and an accounting of all Colony Catering transactions, for purposes of calculating and verifying the monthly Revenue Share Payments owed to Dualboot.

11. Colony paid to Dualboot the Initial Payment of $34,167 on around December 5, 2024.

12. Colony paid to Dualboot two (2) of the Monthly Payments of $11,389, for each of the months of March 2025 and April 2025.

13. Colony otherwise has breached its remaining obligations under the Agreement, including without limitation by failing (a) to pay the Monthly Payments, starting with the month of June 2025 and continuing with each month thereafter; (b) to produce any monthly bank statements and/or any accounting of Colony Catering transactions; and (c) to remit any Revenue Share Payments to Dualboot.

14. Colony's breach of the Agreement was material and without cause or justification.

15. The releases in the Agreement expressly except and do not include any violation of the Agreement.

16. In the event of breach of the Agreement, the interest accruing on the Outstanding Balance (less any payments made under the Agreement) accrues retroactively, compounding monthly, and resumes accruing on the difference of the Outstanding Balance, at the rate of 1.5% per month.

17. Prior to its breach, Colony made payments under the Agreement equal to $56,945.00. As of the date of Colony's beach, the remaining principal Outstanding Balance (exclusive of any interest) equaled $342,636.25 ($399,581.25 less $56,945.00).

18. As of August 27, 2025, the total amount due and owing on the Outstanding Balance, less payments remitted under the Agreement but including retroactive accrued interest on the remaining principal Outstanding Balance ($133,109.30), equaled $475,745.55.

19. The Agreement provides that the prevailing party in any litigation arising from any violation of the Agreement shall be entitled to its reasonable attorney's fees and expenses.

20. Under the Agreement, Colony consented to jurisdiction and venue in the federal courts in the Western District of North Carolina.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Dualboot Partners respectfully prays this Court:

1. enter a judgment against Defendant Colony Cooks Management, LLC and order it to pay compensatory damages to Dualboot in an amount exceeding $475,745.55, together with pre- and post-judgment interest;

2. award Plaintiff all reasonable costs and attorney's fees incurred in connection with this action, pursuant to N.C. GEN. STAT. §§ 6-21.2 and/or 6-21.6;

3. a trial by jury; and

4. award Plaintiff such other and further relief as the Court deems appropriate under the circumstances.

This, the 29th day of August, 2025.

/s/ *Eric Spengler*
Eric Spengler
N.C. State Bar No. 47165
SPENGLER & AGANS, PLLC
352 N. Caswell Road
Charlotte, NC 28204
eric@sab.law
(704) 910-5469 (phone)
(704) 730-7861 (fax)

*Attorney for Plaintiff*